UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  12-CR-2336-L |
| Plaintiff, ) | |
| ) | ORDER AND JUDGMENT GRANTING |
| vs. ) | MOTION TO DISMISS |
| RUDY GARAY CAMPOS (1), ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED, upon the motion of the United States, and good cause appearing, that the Indictment in the above-entitled case be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: February 21, 2013

_____
M. James Lorenz
United States District Court Judge